UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

TRUSTEES OF SHEET METAL WORKERS )
LOCAL 63 HEALTH & WELFARE FUND, et al )
                                      )
    Plaintiffs                        )
                                      ) C. A. NO. 04-30085-MAP
v.                                    )
                                      )
GREENWOOD INDUSTRIES, INC.            )
                                      )
    Defendant                         )
                                      )

## NOTICE OF VOLUNTARY DISMISSAL

In accordance with Rule 41(a)(1)(i), plaintiffs hereby give notice of voluntary dismissal of this action. As of this date, defendant has neither answered the complaint nor moved for summary judgment.

Dated: May 27, 2004                Respectfully submitted,

                                   Aaron D. Krakow
                                   BBO #544424
                                   KRAKOW & SOURIS, LLC
                                   225 Friend Street
                                   Boston, MA 02114  (617) 723-8440

                                   _____
                                   Attorney for plaintiffs